CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES HEZEKIAH DANIELS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROANOKE GLASS SHOP, INC., <br><br> Defendant. | Civil Action No. 7:12cv00465 <br><br> **FINAL ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's request for *in forma pauperis* status is **GRANTED** and his complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. This motion shall be **STRICKEN** and the Clerk is **DIRECTED** to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: October 9, 2012.

UNITED STATES DISTRICT JUDGE